THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Nicholas Rozier
 Perry, Appellant.
 
 
 

Appeal from Greenville County
 Edward W. Miller, Circuit Court Judge
Unpublished Opinion No. 2007-UP-467
Submitted October 1, 2007  Filed October
 11, 2007    
APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J.
 Zelenka, all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for
 Respondent.
 
 
 

PER CURIAM: 
 Nicholas Rozier Perry pled guilty to two counts of murder, for which he
 received two thirty year sentences.  On appeal, Perry contends the plea judge
 erred in accepting his guilty plea without a factual basis.  Perrys counsel
 attached a petition to be relieved, stating he reviewed the record and
 concluded this appeal lacks merit.  Perry also filed a pro se response brief reiterating appellate counsels argument and additionally
 asserting a denial of due process based on the incomplete transcript filed by
 appellate counsel.  After a thorough review of the record, counsels brief, and
 Perrys pro se brief, pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN,
 C.J., HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.